IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 3:08-cr-086-JWS-JDR |
| ) | |
| ALFONSO ACOSTA-RUIZ, ) | **ORDER FOR ISSUANCE OF** |
| ) | **WRIT OF HABEAS CORPUS AD** |
| On Writ of Habeas Corpus ) | **TESTIFICANDUM** |
| ) | |

On the Petition of CJA counsel Caitlin Shortell, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Testificandum, to the State Reeves County Detention Center, Pecos, Texas, to bring ALFONSO ACOSTA-RUIZ before this court as a petitioner/defendant in a certain cause now pending before this Court, to wit: United States of America v. ALFONSO ACOSTA-RUIZ, Case No. 3:08-cr-00086-JWS-JDR. Said defendant's appearance is necessary for his testimony in his § 2255 proceedings scheduled for June 7, 2011 in Anchorage, Alaska, and such other proceedings as the court may desire. Said person shall be returned to the Reeves County Detention Center, Pecos, Texas as soon as the case is disposed of.

DATED this 31st day of May, 2011, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge